950

ROBERT D. MOORE et al., Appellants, v RICHARD S. JOHNSON et al., Respondents.

Submitted August 19, 2013; decided October 22, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

149 MADISON LLC, Respondent, v PAUL J. BOSCO, Appellant.

Submitted September 23, 2013; decided October 22, 2013

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HIRAM BEAVER, Appellant.

Submitted September 3, 2013; decided October 22, 2013

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of County Court entered in this proceeding commenced in Town Court (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL HAYES, Appellant.

Decided October 22, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).